Form summons (6/2013)

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

| | |
|---|---|
| In Re: | Case Number: 13–15193–TWD |
| MARK S. COLON and VERONICA I. COLON, | **Adversary Case Number: 13–01464–TWD** |
| Debtor(s). | (ALL DOCUMENTS REGARDING THIS MATTER *MUST* BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS) |

ROBERT TENCZAR and JENNIFER TENCZAR, husband and wife;

    Plaintiff(s),

v.

MARK S. COLON and VERONICA I. COLON,

    Defendant(s).

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. A copy of the complaint is attached to this summons.

Address of Clerk:

    U.S. Bankruptcy Court
    700 Stewart St, Room 6301
    Seattle, WA 98101

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney (or Plaintiff if not represented by counsel).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by counsel):

    A Stephen Anderson
    3316 Fuhrman Ave E. Suite 250
    Seattle, WA 98102

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you believe a pretrial conference would be beneficial, one will be set upon written request.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Local Bankruptcy Rule 9040−3 requires parties in all adversary proceedings to file a Mediation Certification certifying that they have considered mediation to resolve their dispute. The form of Mediation Certification accompanies this summons and is to be served by the plaintiff on all defendants. See the court's website, www.wawb.uscourts.gov, Thomas T. Glover Mediation Program, for additional forms and information on the Court's mediation program.

                                        Mark L. Hatcher
                                        Clerk, U.S. Bankruptcy Court



**Date of Issuance: September 4, 2013**

*Summons must be served within 14 days of date of issuance, Fed. R. Bankr. P. 7004(e). Plaintiff shall file a certificate of service within 14 days after service has been effected. W.D.Wash.Local Bankr. Rule 7004−1.*

ADR Form 1 (12/2011)

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington

In Re:

MARK S. COLON and
VERONICA I. COLON,

       Debtor(s).

_____

Case Number: 13–15193–TWD

**Adversary Case Number: 13–01464–TWD**

ROBERT TENCZAR and JENNIFER
TENCZAR, husband and wife;

       Plaintiff(s),

v.

MARK S. COLON and VERONICA I.
COLON,

       Defendant(s).

---

**MEDIATION CERTIFICATION**

Pursuant to Local Bankruptcy Rule 9040–3, each of the undersigned certifies that he or she has read the Honorable Thomas T. Glover Mediation Program Instructions for Parties, discussed the available dispute resolution options provided by the Court, reviewed dispute resolution options offered by private entities, and considered whether this matter might benefit any of them.

Dated: _____      _____
                                                                Signature of Plaintiff/Cross Plaintiff
                                                                Printed Name: _____

Dated: _____      _____
                                                                 Signature of Counsel for Plaintiff/Cross Plaintiff
                                                                 Printed Name: _____

Dated: _____      _____
                                                                 Signature of Defendant/Cross Defendant
                                                                 Printed Name: _____

Dated: _____      _____
                                                                 Signature of Counsel for Defendant/Cross Defendant
                                                                 Printed Name: _____

*NOTE: This Certification shall be served by the plaintiff on all defendants and must be signed by each party and its counsel. If there is more than one plaintiff, the plaintiff listed first in the caption of the adversary proceeding shall also serve this Certification on all other plaintiffs. If there are additional parties (e.g., additional plaintiffs, defendants, cross plaintiffs, or cross defendants), additional sheets should be filed.*

*The completed Certification must be filed with the court electronically or by mailing a paper copy to the Clerk of the Bankruptcy Court, 700 Stewart St., Room 6301, Seattle, WA 98101.*