# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)

CASE NAME Tenczar v. Colon    CASE NO 13-01464-TWD

FOR:
- ____ DEBTOR
- ____ JOINT DEBTOR
- ____ CREDITOR
- __X__ ATTORNEY   ( Please include Bar ID Number __8369__ )
- ____ PLAINTIFF
- ____ DEFENDANT

OLD ADDRESS:

NAME: A. Stephen Anderson

ADDRESS: 3316 Fuhrman Ave E, Suite 250

Seattle, WA 98102

PHONE: 206.306.9464

EMAIL ADDRESS (attorney only): astephenanderson@gmail.com

NEW ADDRESS:

NAME: A. Stephen Anderson

ADDRESS: 146 N. Canal St, Ste 350

Seattle, WA 98103

PHONE: 206.306.9464

EMAIL ADDRESS (attorney only): atephenanderson@gmail.com

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

*/s/ A. Stephen Anderson*
*Atty for Plaintiff Tenczar*

Date 9/5/13

Rev. 6/28/2012
Change of Address